IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNION PACIFIC RAILROAD COMPANY                                              PLAINTIFF

VS.                          CASE NO. 07-CV-4044

HP GLOBAL TRANSPORTATION
SERVICES, INC., and STEADFAST
INSURANCE COMPANY                                                          DEFENDANTS

## ORDER

Before the Court is a Motion for Summary Judgment filed by Plaintiff, Union Pacific Railroad Company ("Union Pacific"), against Separate Defendant Steadfast Insurance Company ("Steadfast"). (Doc. 25). Steadfast has responded. (Doc. 31). Union Pacific has filed a reply. (Doc. 39). The Court held a hearing regarding Union Pacific's Motion for Summary Judgment on September 28, 2009. The Court finds the matter ripe for consideration. For the reasons discussed in the Memorandum Opinion of even date, the Court finds that Union Pacific's Motion for Summary Judgment against Steadfast should be and hereby is **DENIED**.

IT IS SO ORDERED, this 26th day of March, 2010.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge